FILED by FB D.C.

ELECTRONIC

**JAN 30, 2014**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA.·MIAMI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. ___07-20508-CR-LENARD(s)(s)___

21 U.S.C. § 963
21 U.S.C. § 959(a)(2)
18 U.S.C. § 1956(h)
18 U.S.C. § 1956(a)(1)(A)(i)
18 U.S.C. § 1956(a)(2)(A)
21 U.S.C. § 853
18 U.S.C. § 982

**UNITED STATES OF AMERICA**

**vs.**

**JORGE MILTON CIFUENTES-VILLA,**
  a/k/a "Jota,"
  a/k/a "J,"
  a/k/a "Penultimo,"
  a/k/a "El Colombiano,"
  a/k/a "Economista,"
  a/k/a "Elken de Jesus Lopez-Salazar,"
  a/k/a "Sergio,"
**HILDEBRANDO ALEXANDER CIFUENTES-VILLA,**
  a/k/a "Alex,"
  a/k/a "Panchito,"
**JOAQUIN ARCHIVALDO GUZMAN LOERA,**
  a/k/a "El Chapo,"
  a/k/a "El Rapido,"
  a/k/a "Chapo Guzman,"
  a/k/a "Shorty,"
  a/k/a "El Senor,"
  a/k/a "El Jefe," and
**OTTO JAVIER GARCIA-GIRON,**
  a/k/a "Xavier Otto Garcia-Giron,"
  a/k/a "Xavier Giron,"
  a/k/a "Xavier Garcia,"

                    **Defendants.**
_____/

## SECOND SUPERSEDING INDICTMENT

The Grand Jury charges that:

Case 1:07-cr-20933-RMC-RLM Document 1-2 Filed 08/29/17 Page 2 of 27 PageID #: 34

## COUNT 1

Beginning in and around October 2003, and continuing through in and around November 2013, the exact dates being unknown to the Grand Jury, in the countries of Colombia, Mexico and elsewhere, the defendants,

**JORGE MILTON CIFUENTES-VILLA,**
**a/k/a "Jota,"**
**a/k/a "J,"**
**a/k/a "Penultimo,"**
**a/k/a "El Colombiano,"**
**a/k/a "Economista,"**
**a/k/a "Elken de Jesus Lopez-Salazar,"**
**a/k/a "Sergio,"**
**HILDEBRANDO ALEXANDER CIFUENTES-VILLA,**
**a/k/a "Alex,"**
**a/k/a "Panchito,"**
**JOAQUIN ARCHIVALDO GUZMAN LOERA,**
**a/k/a "El Chapo,"**
**a/k/a "El Rapido,"**
**a/k/a "Chapo Guzman,"**
**a/k/a "Shorty,"**
**a/k/a "El Senor,"**
**a/k/a "El Jefe,"**
**and**
**OTTO JAVIER GARCIA-GIRON,**
**a/k/a "Xavier Otto Garcia-Giron,"**
**a/k/a "Xavier Giron,"**
**a/k/a "Xavier Garcia,"**

did knowingly and willfully combine, conspire, confederate, and agree with each other and others known and unknown to the Grand Jury, to manufacture and distribute a Schedule II controlled substance, knowing that such substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a)(2); all in violation of Title 21, United States Code, Section 963.

With respect to all defendants, the controlled substance involved in the conspiracy attributable to them as a result of their own conduct, and the conduct of other conspirators

2

reasonably foreseeable to them, is five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 960(b)(1)(B).

## COUNT 2

On or about January 25, 2004, in the country of Guatemala, Central America, and elsewhere, the defendants,

**JORGE MILTON CIFUENTES-VILLA,**
**a/k/a "Jota,"**
**a/k/a "J,"**
**a/k/a "Penultimo,"**
**a/k/a "El Colombiano,"**
**a/k/a "Economista,"**
**a/k/a "Elken de Jesus Lopez-Salazar,"**
**a/k/a "Sergio,"**
**JOAQUIN ARCHIVALDO GUZMAN LOERA,**
**a/k/a "El Chapo,"**
**a/k/a "El Rapido,"**
**a/k/a "Chapo Guzman,"**
**a/k/a "Shorty,"**
**a/k/a "El Senor,"**
**a/k/a "El Jefe,"**
**and**
**OTTO JAVIER GARCIA-GIRON,**
**a/k/a "Xavier Otto Garcia-Giron,"**
**a/k/a "Xavier Giron,"**
**a/k/a "Xavier Garcia,"**

did knowingly and intentionally manufacture and distribute a Schedule II controlled substance, knowing that such substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a)(2) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

3

## COUNT 3

On or about February 3, 2006, in the country of Colombia, South America, and elsewhere, the defendants,

**JORGE MILTON CIFUENTES-VILLA,**
**a/k/a "Jota,"**
**a/k/a "J,"**
**a/k/a "Penultimo,"**
**a/k/a "El Colombiano,"**
**a/k/a "Economista,"**
**a/k/a "Elken de Jesus Lopez-Salazar,"**
**a/k/a "Sergio,"**
**JOAQUIN ARCHIVALDO GUZMAN LOERA,**
**a/k/a "El Chapo,"**
**a/k/a "El Rapido,"**
**a/k/a "Chapo Guzman,"**
**a/k/a "Shorty,"**
**a/k/a "El Senor,"**
**a/k/a "El Jefe,"**
**and**
**OTTO JAVIER GARCIA-GIRON,**
**a/k/a "Xavier Otto Garcia-Giron,"**
**a/k/a "Xavier Giron,"**
**a/k/a "Xavier Garcia,"**

did knowingly and intentionally manufacture and distribute a Schedule II controlled substance, knowing that such substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a)(2) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT 4

On or about April 30, 2007, in the country of Guatemala, Central America, and elsewhere, the defendants,

4

**JORGE MILTON CIFUENTES-VILLA,**
a/k/a "Jota,"
a/k/a "J,"
a/k/a "Penultimo,"
a/k/a "El Colombiano,"
a/k/a "Economista,"
a/k/a "Elken de Jesus Lopez-Salazar,"
a/k/a "Sergio,"
**JOAQUIN ARCHIVALDO GUZMAN LOERA,**
a/k/a "El Chapo,"
a/k/a "El Rapido,"
a/k/a "Chapo Guzman,"
a/k/a "Shorty,"
a/k/a "El Senor,"
a/k/a "El Jefe,"
**and**
**OTTO JAVIER GARCIA-GIRON,**
a/k/a "Xavier Otto Garcia-Giron,"
a/k/a "Xavier Giron,"
a/k/a "Xavier Garcia,"

did knowingly and intentionally manufacture and distribute a Schedule II controlled substance,

knowing that such substance would be unlawfully imported into the United States, in violation of

Title 21, United States Code, Section 959(a)(2) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this

violation involved five (5) kilograms or more of a mixture and substance containing a detectable

amount of cocaine.

## COUNT 5

In and around December 2008, in the country of Colombia, South America, and elsewhere,

the defendants,

**JORGE MILTON CIFUENTES-VILLA,**
a/k/a "Jota,"
a/k/a "J,"
a/k/a "Penultimo,"
a/k/a "El Colombiano,"
a/k/a "Economista,"

5

a/k/a "Elken de Jesus Lopez-Salazar,"
a/k/a "Sergio,"
**HILDEBRANDO ALEXANDER CIFUENTES-VILLA,**
a/k/a "Alex,"
a/k/a "Panchito,"
**JOAQUIN ARCHIVALDO GUZMAN LOERA,**
a/k/a "El Chapo,"
a/k/a "El Rapido,"
a/k/a "Chapo Guzman,"
a/k/a "Shorty,"
a/k/a "El Senor,"
a/k/a "El Jefe,"
**and**
**OTTO JAVIER GARCIA-GIRON,**
a/k/a "Xavier Otto Garcia-Giron,"
a/k/a "Xavier Giron,"
a/k/a "Xavier Garcia,"

did knowingly and intentionally manufacture and distribute a Schedule II controlled substance,

knowing that such substance would be unlawfully imported into the United States, in violation of

Title 21, United States Code, Section 959(a)(2) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this

violation involved five (5) kilograms or more of a mixture and substance containing a detectable

amount of cocaine.

## COUNT 6

Beginning in and around October 2003, and continuing through in and around June 2007,

the exact dates being unknown to the Grand Jury, in Miami-Dade County, in the Southern

District of Florida, and elsewhere, the defendants,

**JORGE MILTON CIFUENTES-VILLA,**
a/k/a "Jota,"
a/k/a "J,"
a/k/a "Penultimo,"
a/k/a "El Colombiano,"
a/k/a "Economista,"
a/k/a "Elken de Jesus Lopez-Salazar,"
a/k/a "Sergio,"

6

**and**
**OTTO JAVIER GARCIA-GIRON,**
**a/k/a "Xavier Otto Garcia-Giron,"**
**a/k/a "Xavier Giron,"**
**a/k/a "Xavier Garcia,"**

did knowingly and willfully combine, conspire, confederate, and agree with other persons, both known and unknown to the Grand Jury, to commit certain offenses against the United States, in violation of Title 18, United States Code, Section 1956, that is:

(a) to knowingly conduct financial transactions affecting interstate and foreign commerce, which transactions involved the proceeds of specified unlawful activity, knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, with the intent to promote the carrying on of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i);

(b) to knowingly conduct financial transactions affecting interstate and foreign commerce, which transactions involved the proceeds of specified unlawful activity, knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, knowing that the transactions were designed in whole and in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i); and

(c) to knowingly transport, transmit and transfer a monetary instrument and funds to a place in the United States from and through a place outside the United States, with the intent to promote the carrying on of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(2)(A).

7

It is further alleged that the specified unlawful activity is the felonious importation, receiving, concealment, buying, selling, and otherwise dealing in a controlled substance, punishable under the laws of the United States.

All in violation of Title 18, United States Code, Section 1956(h).

## COUNTS 7 - 49

On or about the dates specified as to each count below, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants, specified as to each count below, did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, as described in each count below, involving the proceeds of specified unlawful activity, with the intent to promote the carrying on of specified unlawful activity:

| COUNT | DEFENDANT | APPROXIMATE DATE | DESCRIPTION OF FINANCIAL TRANSACTION |
|-------|-----------|------------------|--------------------------------------|
| 7 | OTTO JAVIER GARCIA-GIRON | 10/21/2003 | A wire transfer of approximately $81,250 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 8 | OTTO JAVIER GARCIA-GIRON | 10/21/2003 | A wire transfer of approximately $73,000 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 9 | OTTO JAVIER GARCIA-GIRON | 10/21/2003 | A wire transfer of approximately $57,900 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 10 | OTTO JAVIER GARCIA-GIRON | 10/21/2003 | A wire transfer of approximately $47,250 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |

8

| 11 | OTTO JAVIER GARCIA-GIRON | 10/21/2003 | A wire transfer of approximately $45,100 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 12 | OTTO JAVIER GARCIA-GIRON | 10/22/2003 | A wire transfer of approximately $200,000 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 13 | OTTO JAVIER GARCIA-GIRON | 10/22/2003 | A wire transfer of approximately $130,900 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 14 | OTTO JAVIER GARCIA-GIRON | 10/22/2003 | A wire transfer of approximately $50,000 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 15 | OTTO JAVIER GARCIA-GIRON | 10/22/2003 | A wire transfer of approximately $45,100 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 16 | OTTO JAVIER GARCIA-GIRON | 10/22/2003 | A wire transfer of approximately $42,750 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 17 | OTTO JAVIER GARCIA-GIRON | 10/22/2003 | A wire transfer of approximately $31,250 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 18 | OTTO JAVIER GARCIA-GIRON | 10/23/2003 | A wire transfer of approximately $81,250 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 19 | OTTO JAVIER GARCIA-GIRON | 10/23/2003 | A wire transfer of approximately $73,000 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 20 | OTTO JAVIER GARCIA-GIRON | 10/23/2003 | A wire transfer of approximately $57,900 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |

9

| 21 | OTTO JAVIER GARCIA-GIRON | 10/23/2003 | A wire transfer of approximately $47,250 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
|----|--------------------------|------------|--------------------------------------------------------------------------------|
| 22 | OTTO JAVIER GARCIA-GIRON | 10/23/2003 | A wire transfer of approximately $45,100 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 23 | OTTO JAVIER GARCIA-GIRON | 10/24/2003 | A wire transfer of approximately $38,605 from an account at Nafin Sn C. Fid Fdo De FOM in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 24 | OTTO JAVIER GARCIA-GIRON | 10/24/2003 | A wire transfer of approximately $23,344 from an account at Fondo De Fomento Asesoria in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 25 | OTTO JAVIER GARCIA-GIRON | 10/27/2003 | A wire transfer of approximately $36,612 from an account at Euaro Finanzas SA De Cv in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 26 | OTTO JAVIER GARCIA-GIRON | 10/29/2003 | A wire transfer of approximately $91,000 from an account at Casa De Cambio Plus, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 27 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 06/06/2006 | A wire transfer of approximately $129,980 from an account at HSBC Mexico SA / HSBC Bank USA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 28 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 06/07/2006 | A wire transfer of approximately $99,980 from an account at HSBC Mexico SA / HSBC Bank USA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 29 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 06/13/2006 | A wire transfer of approximately $99,980 from an account at HSBC Mexico SA / HSBC Bank USA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 30 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 06/16/2006 | A wire transfer of approximately $35,000 from an account at Casa De Cambio Intercam in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |

10

| 31 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 06/20/2006 | A wire transfer of approximately $105,000 from an account at Casa De Cambio Intercam in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 32 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 06/20/2006 | A wire transfer of approximately $40,000 from an account at Casa De Cambio Intercam in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 33 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 06/20/2006 | A wire transfer of approximately $80,000 from an account at Casa De Cambio Intercam in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 34 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 06/20/2006 | A wire transfer of approximately $125,000 from an account at Casa De Cambio Intercam in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 35 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 06/20/2006 | A wire transfer of approximately $139,980 from an account at HSBC Mexico SA / HSBC Bank USA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 36 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 6/21/2006 | A wire transfer of approximately $65,000 from an account at Casa De Cambio Intercam in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 37 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 06/21/2006 | A wire transfer of approximately $85,000 from an account at Casa De Cambio Intercam in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 38 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 06/21/2006 | A wire transfer of approximately $63,000 from an account at Casa De Cambio Intercam in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |

11

| 39 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 06/21/2006 | A wire transfer of approximately $127,000 from an account at Casa De Cambio Intercam in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
|---|---|---|---|
| 40 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 06/21/2006 | A wire transfer of approximately $99,980 from an account at HSBC Mexico SA / HSBC Bank USA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 41 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 06/22/2006 | A wire transfer of approximately $144,980 from an account at HSBC Mexico SA / HSBC Bank USA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 42 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 04/03/2007 | Wire transfer of approximately $100,000 from the bank account of Construcciones Cibeles SA de CV in Mexico to the bank account of Advanced Aviation Sales, Inc. in Naples, Florida. |
| 43 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 04/11/2007 | Wire transfer of approximately $101,000 from the bank account of B.O. Conservacion y Servicios Industriales SA de CV in Mexico to the bank account of Advanced Aviation Sales, Inc. In Naples, Florida. |
| 44 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 04/12/2007 | Wire transfer of approximately $101,000 from the bank account of B.O. Conservacion y Servicios Industriales SA de CV in Mexico to the bank account of Advanced Aviation Sales, Inc. in Naples, Florida. |
| 45 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 04/16/2007 | Wire transfer of approximately $124,000 from the bank account of Ferre Martin SA de CV in Mexico to the bank account of Advanced Aviation Sales, Inc. in Naples, Florida. |
| 46 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 04/17/2007 | Wire transfer of approximately $30,000 from the bank account of B.O. Conservacion y Servicios Industriales SA de CV in Mexico to the bank account of Advanced Aviation Sales, Inc. in Naples, Florida. |
| 47 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 04/17/2007 | Wire transfer of approximately $40,000 from the bank account of B.O. Conservacion y Servicios Industriales SA de CV in Mexico to the bank account of Advanced Aviation Sales, Inc. in Naples, Florida. |

12

| 48 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 04/17/2007 | Wire transfer of approximately $45,000 from the bank account of B.O. Conservacion y Servicios Industriales SA de CV in Mexico to the bank account of Advanced Aviation Sales, Inc. in Naples, Florida. |
| 49 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 04/19/2007 | Wire transfer of approximately $59,000 from the bank account of B.O. Conservacion y Servicios Industriales SA de CV in Mexico to the bank account of Advanced Aviation Sales, Inc. in Naples, Florida. |

It is further alleged that the specified unlawful activity is the felonious importation, receiving, concealment, buying, selling, and otherwise dealing in a controlled substance, punishable under the laws of the United States.

In violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2.

## COUNTS 50 - 92

On or about the dates specified as to each count below, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants, as described in each count below, did knowingly transport, transmit, and transfer a monetary instrument and funds to a place in the United States from a place outside of the United States with the intent to promote the carrying on of specified unlawful activity:

| COUNT | DEFENDANT | APPROXIMATE DATE | DESCRIPTION OF FINANCIAL TRANSACTION |
|---|---|---|---|
| 50 | OTTO JAVIER GARCIA-GIRON | 10/21/2003 | A wire transfer of approximately $81,250 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 51 | OTTO JAVIER GARCIA-GIRON | 10/21/2003 | A wire transfer of approximately $73,000 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |

13

| 52 | OTTO JAVIER GARCIA-GIRON | 10/21/2003 | A wire transfer of approximately $57,900 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 53 | OTTO JAVIER GARCIA-GIRON | 10/21/2003 | A wire transfer of approximately $47,250 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 54 | OTTO JAVIER GARCIA-GIRON | 10/21/2003 | A wire transfer of approximately $45,100 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 55 | OTTO JAVIER GARCIA-GIRON | 10/22/2003 | A wire transfer of approximately $200,000 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 56 | OTTO JAVIER GARCIA-GIRON | 10/22/2003 | A wire transfer of approximately $130,900 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 57 | OTTO JAVIER GARCIA-GIRON | 10/22/2003 | A wire transfer of approximately $50,000 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 58 | OTTO JAVIER GARCIA-GIRON | 10/22/2003 | A wire transfer of approximately $45,100 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 59 | OTTO JAVIER GARCIA-GIRON | 10/22/2003 | A wire transfer of approximately $42,750 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |

14

| 60 | **OTTO JAVIER GARCIA-GIRON** | 10/22/2003 | A wire transfer of approximately $31,250 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
|----|------------------------------|------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 61 | **OTTO JAVIER GARCIA-GIRON** | 10/23/2003 | A wire transfer of approximately $81,250 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 62 | **OTTO JAVIER GARCIA-GIRON** | 10/23/2003 | A wire transfer of approximately $73,000 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 63 | **OTTO JAVIER GARCIA-GIRON** | 10/23/2003 | A wire transfer of approximately $57,900 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 64 | **OTTO JAVIER GARCIA-GIRON** | 10/23/2003 | A wire transfer of approximately $47,250 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 65 | **OTTO JAVIER GARCIA-GIRON** | 10/23/2003 | A wire transfer of approximately $45,100 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 66 | **OTTO JAVIER GARCIA-GIRON** | 10/24/2003 | A wire transfer of approximately $38,605 from an account at Nafin Sn C. Fid Fdo De FOM in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 67 | **OTTO JAVIER GARCIA-GIRON** | 10/24/2003 | A wire transfer of approximately $23,344 from an account at Fondo De Fomento Asesoria in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |

15

| 68 | OTTO JAVIER GARCIA-GIRON | 10/27/2003 | A wire transfer of approximately $36,612 from an account at Euaro Finanzas SA De Cv in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
|---|---|---|---|
| 69 | OTTO JAVIER GARCIA-GIRON | 10/29/2003 | A wire transfer of approximately $91,000 from an account at Casa De Cambio Plus, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 70 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 06/06/2006 | A wire transfer of approximately $129,980 from an account at HSBC Mexico SA / HSBC Bank USA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 71 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 06/07/2006 | A wire transfer of approximately $99,980 from an account at HSBC Mexico SA / HSBC Bank USA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 72 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 06/13/2006 | A wire transfer of approximately $99,980 from an account at HSBC Mexico SA / HSBC Bank USA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 73 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 06/16/2006 | A wire transfer of approximately $35,000 from an account at Casa De Cambio Intercam in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 74 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 06/20/2006 | A wire transfer of approximately $105,000 from an account at Casa De Cambio Intercam in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 75 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 06/20/2006 | A wire transfer of approximately $40,000 from an account at Casa De Cambio Intercam in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |

16

| 76 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 06/20/2006 | A wire transfer of approximately $80,000 from an account at Casa De Cambio Intercam in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
|---|---|---|---|
| 77 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 06/20/2006 | A wire transfer of approximately $125,000 from an account at Casa De Cambio Intercam in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 78 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 06/20/2006 | A wire transfer of approximately $139,980 from an account at HSBC Mexico SA / HSBC Bank USA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 79 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 6/21/2006 | A wire transfer of approximately $65,000 from an account at Casa De Cambio Intercam in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 80 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 06/21/2006 | A wire transfer of approximately $85,000 from an account at Casa De Cambio Intercam in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 81 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 06/21/2006 | A wire transfer of approximately $63,000 from an account at Casa De Cambio Intercam in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 82 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 06/21/2006 | A wire transfer of approximately $127,000 from an account at Casa De Cambio Intercam in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 83 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 06/21/2006 | A wire transfer of approximately $99,980 from an account at HSBC Mexico SA / HSBC Bank USA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |

17

| 84 | **JORGE MILTON CIFUENTES-VILLA** and **OTTO JAVIER GARCIA-GIRON** | 06/22/2006 | A wire transfer of approximately $144,980 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
|----|---|---|---|
| 85 | **JORGE MILTON CIFUENTES-VILLA** and **OTTO JAVIER GARCIA-GIRON** | 04/03/2007 | Wire transfer of approximately $100,000 from the bank account of Construcciones Cibeles SA de CV in Mexico to the bank account of Advanced Aviation Sales, Inc. in Naples, Florida. |
| 86 | **JORGE MILTON CIFUENTES-VILLA** and **OTTO JAVIER GARCIA-GIRON** | 04/11/2007 | Wire transfer of approximately $101,000 from the bank account of B.O. Conservacion y Servicios Industriales SA de CV in Mexico to the bank account of Advanced Aviation Sales, Inc. in Naples, Florida. |
| 87 | **JORGE MILTON CIFUENTES-VILLA** and **OTTO JAVIER GARCIA-GIRON** | 04/12/2007 | Wire transfer of approximately $101,000 from B.O. Conservacion y Servicios Industriales SA de CV in Mexico to the bank account of Advanced Aviation Sales, Inc. in Naples, Florida. |
| 88 | **JORGE MILTON CIFUENTES-VILLA** and **OTTO JAVIER GARCIA-GIRON** | 04/16/2007 | Wire transfer of approximately $124,000 from the bank account of Ferre Martin SA de CV in Mexico to the bank account of Advanced Aviation Sales, Inc. in Naples, Florida. |
| 89 | **JORGE MILTON CIFUENTES-VILLA** and **OTTO JAVIER GARCIA-GIRON** | 04/17/2007 | Wire transfer of approximately $30,000 from the bank account of B.O. Conservacion y Servicios Industriales SA de CV in Mexico to the bank account of Advanced Aviation Sales, Inc. in Naples, Florida. |
| 90 | **JORGE MILTON CIFUENTES-VILLA** and **OTTO JAVIER GARCIA-GIRON** | 04/17/2007 | Wire transfer of approximately $40,000 from the bank account of B.O. Conservacion y Servicios Industriales SA de CV in Mexico to the bank account of Advanced Aviation Sales, Inc. in Naples, Florida. |
| 91 | **JORGE MILTON CIFUENTES-VILLA** and **OTTO JAVIER GARCIA-GIRON** | 04/17/2007 | Wire transfer of approximately $45,000 from the bank account of B.O. Conservacion y Servicios Industriales SA de CV in Mexico to the bank account of Advanced Aviation Sales, Inc. in Naples, Florida. |

18

| 92 | JORGE MILTON CIFUENTES-VILLA and OTTO JAVIER GARCIA-GIRON | 04/19/2007 | Wire transfer of approximately $59,000 from the bank account of B.O. Conservacion y Servicios Industriales SA de CV in Mexico to the bank account of Advanced Aviation Sales, Inc. in Naples, Florida. |

It is further alleged that the specified unlawful activity is the felonious importation, receiving, concealment, buying, selling, and otherwise dealing in a controlled substance, punishable under the laws of the United States.

In violation of Title 18, United States Code, Sections 1956(a)(2)(A) and 2.

## ASSET FORFEITURE ALLEGATIONS

1.     The allegations of Counts 1 through 92 of this Second Superseding Indictment are re-alleged and incorporated herein for the purpose of alleging forfeiture to the United States of America of property in which the defendants have an interest.

2.     Upon conviction of any violation of Title 21, United States Code, Section 959 and 963, the defendants shall forfeit to the United States any property constituting or derived from any proceeds obtained, directly or indirectly, as the result of such violations, and any property which the defendants used or intended to be used in any manner or part to commit or to facilitate the commission of such violations, pursuant to Title 21, United States Code, Section 853(a)(1) and (2).

3.     Upon conviction of any violation of Title 18, United States Code, Section 1956, the defendants shall forfeit to the United States any property, real or personal, involved in such offense, or any property traceable to such property, pursuant to Title 18, United States Code, Section 982(a)(1).

19

4.      Pursuant to Title 21 United States Code, Section 853(p), as incorporated by reference by Title 18, United States Code, Section 982(b), if any of the forfeitable property, or any portion thereof, as a result of any act or omission of any defendant:

(A)     cannot be located upon the exercise of due diligence;

(B)     has been transferred, or sold to, or deposited with a third party;

(C)     has been placed beyond the jurisdiction of the Court;

(D)     has been substantially diminished in value; or

(E)     has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek the forfeiture of other property of the defendants up to the value of the above-described forfeitable property.

20

All pursuant to Title 21, United States Code, Section 853(a)(1) and (2), and Title 18, United States Code, Section 982(a)(1).

                                    A TRUE BILL

                                    _____
                                    FOREPERSON


WIFREDO A. FERRER
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA


ARTHUR WYATT
CHIEF, NARCOTIC & DANGEROUS DRUGS
SECTION, CRIMINAL DIVISION
U.S. DEPARTMENT OF JUSTICE


KURT K. LUNKENHEIMER
ASSISTANT UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

21

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA                   CASE NO. _____07-20508-CR-LENARD(s)(s)_____

vs.

JORGE MILTON CIFUENTES-VILLA, et al.,      **CERTIFICATE OF TRIAL ATTORNEY***

      Defendants.                              **Superseding Case Information:**
_____/

**Court Division:** (Select One)            New Defendant(s)          Yes _____ No _x_
                                            Number of New Defendants
_X_ Miami ___ Key West                      Total number of counts              _92_
    FTL   ___ WPB   ___ FTP

I do hereby certify that:

1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.   Interpreter:   (Yes or No)   YES
    List language and/or dialect  SPANISH_____

4.   This case will take ___10___ days for the parties to try.

5.   Please check appropriate category and type of offense listed below:

      (Check only one)                                (Check only one)

| I   | 0  to  5 days   |      | Petty   |      |
|-----|-----------------|------|---------|------|
| II  | 6  to 10 days   | X    | Minor   |      |
| III | 11 to 20 days   |      | Misdem. |      |
| IV  | 21 to 60 days   |      | Felony  | X    |
| V   | 61 days and over|      |         |      |

6.   Has this case been previously filed in this District Court? (Yes or No)   YES
    If yes:
    Judge:  Joan A. Lenard        Case No.  07-20508-CR-JAL(s)
    (Attach copy of dispositive order)
    Has a complaint been filed in this matter?   (Yes or No)
    If yes:
    Magistrate Case No. _____
    Related Miscellaneous numbers: _____
    Defendant(s) in federal custody as of _____
    Defendant(s) in state custody as of _____
    Rule 20 from the _____ District of _____

    Is this a potential death penalty case? (Yes or No)   No

7.   Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to  October 14, 2003? _____ Yes _X_ No

8.   Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? _____ Yes _X_ No

_____
KURT K. LUNKENHEIMER
ASSISTANT UNITED STATES ATTORNEY
Court No. A5501535

*Penalty Sheet(s) attached

REV
4/8/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name: JORGE MILTON CIFUENTES-VILLA, a/k/a "Jota," "J," "Penultimo," "El Colombiano," "Economista," "Elken de Jesus Lopez-Salazar," and "Sergio"**

**Case No:** 07-20508-CR-LENARD(s)(s)

Count #: 1

Conspiracy to manufacture and distribute cocaine intending that it will be imported into the United States

Title 21, United States Code, Section 963

**\*Max. Penalty:** Life Imprisonment

Counts #: 2-5

Manufacture and distribution of cocaine intending that it will be imported into the United States

Title 21, United States Code, Section 959(a)(2)

**\*Max. Penalty:** Life Imprisonment

Count #: 6

Conspiracy to launder monetary instruments

Title 18, United States Code, Section 1956(h)

**\*Max. Penalty:** Twenty Years Imprisonment

Counts #: 27-49

Laundering monetary instruments

Title 18, United States Code, Section 1956(a)

**\*Max. Penalty:** Twenty Years Imprisonment

Defendant's Name: **JORGE MILTON CIFUENTES-VILLA, a/ka/** _____

Case No: _____ 07-20508-CR-LENARD(s)(s) _____

Counts #: 70-92

Money Laundering _____

Title 18, United States Code, Section 1956(a)(2)(A) _____

**\*Max. Penalty:** _____ Twenty Years Imprisonment _____

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** **HILDEBRANDO ALEXANDER CIFUENTES-VILLA, a/k/a "Alex," and "Panchito"**

**Case No:** 07-20508-CR-LENARD(s)(s)

Count #: 1

Conspiracy to manufacture and distribute cocaine intending that it will be imported into the United States

Title 21, United States Code, Section 963

**\*Max. Penalty:** Life Imprisonment

Count #: 5

Manufacture and distribution of cocaine intending that it will be imported into the United States

Title 21, United States Code, Section 959(a)(2)

**\*Max. Penalty:** Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** **JOAQUIN ARCHIVALDO GUZMAN LOERA, a/k/a**
**"El Chapo," "El Rapidop," "Chapo Guzman,"**
**"Shorty," "El Senor," and "El Jefe"**

**Case No:**   07-20508-CR-LENARD(s)(s)

Count #: 1

Conspiracy to manufacture and distribute cocaine intending that it will be imported into

the United States

Title 21, United States Code, Section 963

**\*Max. Penalty:**   Life Imprisonment

Counts #: 2-5

Manufacture and distribution of cocaine intending that it will be imported into the

United States

Title 21, United States Code, Section 959(a)(2)

**\*Max. Penalty:**   Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** OTTO JAVIER GARCIA-GIRON, a/k/a
"Xavier Otto Garcia-Giron," "Xavier Giron,"
and "Xavier Garcis"

**Case No:** 07-20508-CR-LENARD(s)(s)

Count #: 1

Conspiracy to manufacture and distribute cocaine intending that it will be imported into

the United States

Title 21, United States Code, Section 963

**\*Max. Penalty:** Life Imprisonment

Counts #: 2-5

Manufacture and distribution of cocaine intending that it will be imported into the

United States

Title 21, United States Code, Section 959(a)(2)

**\*Max. Penalty:** Life Imprisonment

Count #: 6

Conspiracy to launder monetary instruments

Title 18, United States Code, Section 1956(h)

**\*Max. Penalty:** Twenty Years Imprisonment

Counts #: 7-92

Laundering monetary instruments

Title 18, United States Code, Section 1956(a)

**\*Max. Penalty:** Twenty Years Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**