**SEALED**

# CRIMINAL CAUSE FOR PLEADING

**BEFORE:** Magistrate Judge Roanne L. Mann   **DATE:** Jan. 3, 2018   **TIME:** 4:00 p.m.
**DOCKET #** 17-CR-472 (BMC), 17-CR-473 (BMC)

**DEFENDANT:** Hildebrando Alexander Cifuentes-Villa
 X  present    ___ not present         X  cust.         ___bail

**DEFENSE COUNSEL:** Johanna Zapp
 X  present ___ not present ___ CJA  X  Retained   ___ Fed. Defenders

**A.U.S.A.:** Adam Fels, Patricia Notopoulos         **CLERK:** J. Proujansky
**FTR:** 4:31-5:33
**INT:** G. Eugene Alvarez

___X___       CASE CALLED

DEFT.  __X__   SWORN
       __X__   ARRAIGNED (17-CR-473)
       __X__   INFORMED OF RIGHTS
       __X__   WAIVE TRIAL BEFORE DISTRICT COURT
       _____         INDICTMENT FILED     ___ SUPERCEDING INDICTMENT FILED
       _____         INFORMATION FILED  ___ SUPERCEDING INFORMATION FILED
       _____   WAIVER OF INDICTMENT EXECUTED FOR DEFT.
       _____   DEFT FAILED TO APPEAR,   BENCH WARRANT ISSUED.

  X    DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO CT. 1 OF THE
       INDICTMENT in 17-CR-472 AND ENTERS **GUILTY PLEA** TO CT. 5 OF THE SUPERCEDING
       INDICTMENT in 17-CR-473

  X    COURT FINDS A FACTUAL BASIS FOR THE PLEA.
  X    SENTENCING  April 11, 2018 at 9:30 a.m.
 ____  BAIL CONT'D FOR DEFT.
 ____  DEFT CONT'D IN CUSTODY.
 ____  CASE ADJ'D TO_____ FOR _____

 ____  **SPEEDY TRIAL** INFO FOR DEFT  _____ STILL IN EFFECT
       CODE TYPE_____   START_____  STOP_____
       ____ORDER / WAIVER EXECUTED & FILED.  ___ ENT'D ON RECORD.

**OTHER:** PURSUANT TO FEDERAL RULE 11 OF CRIMINAL PROCEDURE, MAGISTRATE MANN DID ADMINISTER THE ALLOCUTION. A FINDING HAS BEEN MADE THAT THE PLEA WAS MADE KNOWINGLY AND VOLUNTARILY AND THE PLEA WAS NOT COERCED.  THE MAGISTRATE RECOMMENDS THAT THE PLEA OF GUILTY BE ACCEPTED.  PLEA AGREEMENT MARKED AS COURT EXHIBIT # 1  AND RETURNED TO THE ASSISTANT.  TRANSCRIPT IS SEALED.