# Criminal Calendar: Sentencing

Before Judge Brian M. Cogan, U.S.D.J.

Date: 2/10/2022　　　　　　　　　　Time: 12:30

DOCKET NUMBER: 17-cr-472 (BMC) and 17-cr-473 (BMC)

DEFENDANT'S NAME: Hildebrando Cifuentes-Villa

✓ Present ___ Not Present ✓ In Custody ___ Bail

DEFENSE COUNSEL: Johanna Zapp

___ Legal Aid ___ CJA ✓ Retained

AUSA: Marietou Diouf　　　　　　　　Deputy Clerk: Melonie Clarke

INTERPRETER: Rosa Oliveria　　　(Language) Spanish

P.O. Gregory Giblin　　　COURT REPORTER/ESR: Anthony Frisolone

✓ Defendant is given the opportunity to speak on his/her behalf.

___ The Courts finds that there is a factual basis supporting the deft's guilty plea offered before Magistrate Judge _____ on _____. The guilty plea is accepted.

✓ The Pre-sentence Report is adopted without change.

✓ Defendant is sentenced to 110 months imprisonment and 2 years of supervised release. Concurrent.

Docket 17cr472 Count 1: 110 months custody
Docket 17cr473 Count 5: 110 months custody to run concurrent to sentence imposed on Count 1

___ Defendant is ordered to pay restitution in the amount of $_____.
___ Defendant is ordered to pay a fine in the amount of $_____.
✓ Defendant is ordered to pay a special assessment of $~~100.00~~ 200.00 total

Monetary penalties are due as follows:

___ The Court recommends to the U.S. Bureau of Prisons that the deft be incarcerated at a facility in the _____ region, close to _____.
___ The Court recommends: _____
___ The deft is remanded to the custody of U.S.M.S
___ The deft shall surrender to the U.S.M.S. for the Eastern District of N.Y. on _____ @ _____
___ The deft shall surrender for service of sentence at the institution designated by the Bureau of Prisons: ☐ before 2:00pm on _____ ☐ as notified by USMS or ☐ as notified by P.O.

___ Open count(s) _____ is/are dismissed on motion of the government.

Deft advised of right to appeal.